IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

§
§
EX PARTE JOHNNY GREEN JR.      §    NO.WR-62,574-03
§
§    TRIAL COURT NO.1199474-A
§    372nd DISTRICT COURT, TARRANT COUNTY
§

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

PETITIONER"S MOTION FOR EXTENSION OF TIME
FOR PETITION OF DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now Johnny Green Jr. petitioner pro-se, and would request an

extension of time in order to file his Petition for Discretionary

Review and would show in support thereof the following:

FILED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

1. Petitioner was granted the right to file an out-of-time, Petition

   for Discretionary Review in a Mandate issued by this court on

   January 28, 2015. In No.WR-62,574-03. Petitioner has until

   Febuary 28, 2015 to file his PDR.

2. Petitioner requests an extension of sixty (60) days in which to

   file his PDR, which would require the filing of his Petition to

   be April 28, 2015. Pursuant to; Tex.R.App.Proc.R.10.5(b) & 68.2

3. The petitioner is limited to fifteen hours per week in the unit

   law library to research and prepare his petition. The petitioner

   is not an attorney and must familiarize himself with the rules

   and the neccessary content of his petition.

4. The Petitioner has **not** previously requested an extension of time

   in regards to his PDR or any other Item. This is his first request.

1.

## PRAYER FOR RELIEF

Wherefore premise having been considered, the petitioner humbly requests and pray's that this Honorable Court grant an Extension of time to file his PDR, in the amount of sixty (60) days and adjust his filing deadline to April 28,2015. Further, the petitioner would ask this court to grant any other relief in accordance with this motion to which petitioner is entitled.

RESPECTFULLY SUBMITTED

X Green

JOHNNY GREEN JR. #1738876
MARK W. STILES UNIT
3060 F.M. 3514
BEAUMONT,TX.77705


## DECLARATION

I declare under the penalty of perjury, pursuant to the laws of the State of Texas, that the foregoing is true and correct. Executed on this the 4th day of Febuary, 2015.

DULY SWORN

X Green

JOHNNY GREEN JR. #1738876
Petitioner pro-se